IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ERRIC JOSEPH PIPKIN,

     Appellant,

v.

Case No. 5D22-2137
LT Case No. 2017-CF-004135-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed February 14, 2023

3.850 Appeal from the Circuit Court
for Seminole County,
Melissa D. Souto, Judge.

Erric Joseph Pipkin, Live Oak, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona Beach,
for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.